UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61132-CIV-COHN

COLLETTE M.A. JEFFRIES and
LAWRENCE T. JEFFRIES, as husband and wife,   Magistrate Judge Seltzer

    Plaintiffs,

vs.

SUNRISE HOTEL CORPORATION, d/b/a
SUNRISE HILTON HOTEL, SANDCASTLE
RESORTS AND HOTELS LTD., d/b/a SUNRISE HILTON
HOTELS, LEISURE COLONY MANAGEMENT,
d/b/a SUNRISE HILTON HOTEL, ISSAC FAGAN,
HANNAH PHILLIPS, and BEVERLY YOUNG,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO SE AND PRO HAC VICE
## ORDER RESETTING DEADLINE FOR REPLY IN SUPPORT OF
## TO MOTION FOR SUMMARY JUDGMENT

THIS CAUSE is before the Court upon Plaintiff Laurance Jeffries' Motion for Leave to Appear Pro Se and as Retained Lawyer for Colette M.A. Jeffries [DE 39] and a review of the docket.  The Court has carefully considered the motion, and is otherwise fully advised in the premises.   No response was received to Plaintiffs' Motion for Leave to Appear by the response deadline of May 1, 2009.

On April 1, 2009, this Court granted Plaintiffs' co-counsels' motion to withdraw from representation of the Plaintiffs due to an irreconcilable dispute and conflict  [DE 38]. The Court stated that Plaintiffs, as individuals, may represent themselves or obtain new counsel, and extended Plaintiffs' deadline to respond to the pending motion for summary judgment until April 30, 2009.

Plaintiff Laurance Jeffries filed the instant motion to appear pro se and to represent his wife pro hac vice, as Mr. Jeffries is an attorney in good standing in the United States District Court for the Northern District of Illinois. Defendants have not responded to the motion. The Court concludes that it will grant the motion and allow Mr. Jeffries, an attorney, to represent himself and his wife, and waive the local counsel requirement for this case only. The Response to Defendants' motion for summary judgment [DE 40] is deemed accepted. Mr. Jeffries will be allowed to file in the conventional manner (i.e. by mail to Clerk of Court in Fort Lauderdale) and be served in the conventional manner, unless Mr. Jeffries consents to service by email, which this Court will allow if that manner of service is affirmatively requested by Mr. Jeffries in writing.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff Laurance Jeffries' Motion for Leave to Appear Pro Se and as Retained Lawyer for Colette M.A. Jeffries [DE 39] is hereby **GRANTED**;

2. Plaintiffs' service address shall be by United States mail to Mr. Laurance Jeffries, 7658 S. Crandon Avenue, Chicago, IL 60649;

3. The individual Defendants' reply in support of their pending Motion for Summary Judgment [DE 31] shall be due by May 18, 2009, five business days from the Court's acceptance of Plaintiff's Response [DE 40];

4. The new deadlines set by this Court on April 1, 2009 [DE 38] shall remain in effect, and are repeated herein for ease of the parties:

    Motions in limine                    May 28, 2009

| | |
|---|---|
| Responses to motions in limine | June 11, 2009 |
| Joint Pretrial Stipulation and any Deposition Designations for use at trial for any unavailable witness | June 12, 2009 |
| Proposed Jury instructions and voir dire questions, objections to deposition designations and/or cross-designations: | Calendar Call |

12. The Calendar Call is set for 9:00am on June 18, 2009, in Courtroom 203E of the United States Courthouse, 299 East Broward Blvd, Fort Lauderdale, Florida;

13. The trial is set for the two-week period commencing June 22, 2009.

**DONE AND ORDERED** in Chambers at the United States District Courthouse, Fort Lauderdale, Florida, this 11th day of May, 2009.

_____
JAMES I. COHN
United States District Judge

Copies furnished:

All counsel of record

Mr. Laurance Jeffries, Esq.
7658 S. Crandon Avenue
Chicago, IL 60649-4117

3